No. 323, Misc. JETER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 324, Misc. ROUSSEAU ET UX. v. HURTADO ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 326, Misc. JACKSON v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 333, Misc. BOMBKA v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 334, Misc. SMEREKA v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 344, Misc. UNITED STATES EX REL. THOMPSON v. PRICE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied. *Joseph H. Ridge* for petitioner. *Frank P. Lawley, Jr.,* Deputy Attorney General of Pennsylvania, for respondents.

No. 348, Misc. MILES v. NEW YORK. County Court of Suffolk County, New York. Certiorari denied.

No. 2, Misc. WILSON v. FLORIDA. Petition for writ of certiorari to the Supreme Court of Florida denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court. Petitioner *pro se*. *Richard W. Ervin,* Attorney General of Florida, and *David U. Tumin,* Assistant Attorney General, for respondent.